OPINION — AG — THE EMPLOYMENT OF AN ARCHITECT IN CONNECTION WITH THE CONSTRUCTION OF A BUILDING OR BUILDINGS FOR THE USE OF THE STATE DEPARTMENT OF PUBLIC SAFETY, PURSUANT TO 73 O.S. 1965 Supp., 153-A [73-153-A] IS NOT SUBJECT TO THE PROVISIONS OF THE OKLAHOMA CENTRAL PURCHASING ACT. CITE: 74 O.S. 1961 85.1-85.18 [74-85.1] — [74-85.18], 74 O.S. 1961 85.4 [74-85.4] (JAMES FUSON)